## 36485. HAYES v. DICKS.

QUILLIAN, J. This is a companion case to Hayes v. Dicks, ante, and is controlled by the decision in that case.

*Judgment affirmed. Felton, C. J., and Nichols, J., concur.*

DECIDED JANUARY 24, 1957.

*Congdon & Leonard,* for plaintiff in error.
*Harris, Chance & McCracken, Otis W. Harrison,* contra.